GLOBAL PHARMACEUTICAL WHOLESALE

P. 855.436.1078 F. 888.810.3158

WWW.GLBPHARMA.COM

www.glbpharma.com

REGISTER NOW!!

FOR ALL NEW CUSTOMERS

## SHORT DATES

| | | |
|---|---|---|
| E10-116019 | | |
| AMLODIPINE/BENZEP | 10/15 | $9.99 |
| E10-116610 | | |
| WARFARIN 1MG TABS | 10/15 | $39.99 |
| E10-131485 | | |
| NIACIN ER 750MG | 10/15 | $79.99 |
| E12-118992 | | |
| CAPTOPRIL 25MG TAB 1000CT | 12/15 | $99.99 |
| E1-133012 | | |
| GALANTAMIN 4MG TABS | 01/16 | $22.99 |
| E1-133013 | | |
| GALANTAMINE 8MG | 01/16 | $22.99 |
| E-133011 | | |
| GALANTAMINE 12MG | 01/16 | $24.99 |
| E3-132625 | | |
| VALACYCLOVIR 500MG | 03/16 | $7.99 |
| E2-132623 | | |
| VALACYCLOIVR 1GM | 02/16 | $11.99 |
| E5-132481 | | |
| CLARITHROMYCIN 500MGTABS | 05/16 | $24.99 |
| E6-131836 | | |
| FLUCONAZOLE 150MG 12CT | 06/16 | $9.99 |

## HOT ITEMS!!!!

| ITEM # | NAME | EXP | PRICE |
|---|---|---|---|
| 132114 | LIDOCAINE 5% PATCHES 30PCK | 02/17 | $99.99 |
| 131472 | CORTISPORTIC OTIC 10ML (NEOMY-POLY) | 10/16 | $49.99 |
| 134244 | KETOCONAZOLE 2% CREAM 60GM | 04/17 | $59.99 |

## DAILY SPECIALS 09/28

| ITEM # | NAME | SIZE | EXP | PRICE | LIMIT |
|---|---|---|---|---|---|
| E6-131844 | DULOXETINE DR 30MG CAPS | 30CT | 06/16 | $7.99 | 24 |
| E6-131826 | DULOXETINE DR 60MG CAPS | 30CT | 06/16 | $7.99 | 24 |
| 132053 | BUDESONIDE 0.25MG/2ML INHAL | 30X2ML | 10/16 | $129.99 | 6 |
| 132257 | BUDESONIDE 0.5MG/2ML INHAL | 30X2ML | 10/16 | $149.99 | 6 |
| 134053 | DIVALPROEX ER 250MG TABS | 500CT | 02/17 | $389.99 | 6 |
| 134055 | DIVALPROEX ER 500MG TABS | 500CT | 02/17 | $399.99 | 6 |
| 129270 | CARVEDILOL 6.25MG TABS | 500CT | 05/17 | $9.99 | 6 |
| 116579 | CARVEDILOL 12.5MG TABS | 500CT | 05/17 | $15.99 | 6 |
| 115467 | CARVEDILOL 25MG TABS | 500CT | 05/17 | $14.99 | 6 |
| E4-134362 | CHLORPROMAZINE 10MG TABS | 100CT | 04/16 | $134.99 | 6 |

## WEEKLY SPECIALS 09/28-10/03

| ITEM # | NAME | SIZE | EXP | PRICE | LIMIT |
|---|---|---|---|---|---|
| 131563 | VITAMIN B-12 1000MCG INJ | 1MLX25 | 10/16 | $89.99 | 6 |
| 129370 | FIORICET TABS (BETAL/APAP/CAFF) | 500CT | 05/18 | $189.99 | 12 |
| 134155 | BUMETANIDE 2MG TABS | 100CT | 02/18 | $54.99 | 6 |
| 117070 | HALOPERIDOL 1MG TABS | 100CT | 05/17 | $21.99 | 6 |
| 117065 | HALOPERIDOL 10MG TABS | 100CT | 10/17 | $39.99 | 6 |
| E6-134361 | LANSOPRAZOLE 30MG DR CAPS | 90CT | 06/16 | $14.99 | 24 |
| 134363 | BUPROPRION XL 300MG TABS | 500CT | 02/17 | $209.99 | 6 |
| 115806 | MIRALAX 3350 (POLYETH GLYCOL) | 527GM | 06/18 | $12.99 | 12 |
| 132715 | GABAPENTIN 600MG TABS | 500CT | 02/17 | $39.99 | 24 |
| 132717 | GABAPENTIN 800MG TABS | 500CT | 02/17 | $54.99 | 24 |
| 131850 | BENZACLIN 1%5% GEL | 50GM | 02/17 | $209.99 | 6 |
| 117732 | SPRINTEC TABS | 6X28CT | 10/16 | $34.99 | 6 |
| 117727 | TRI-SPRINTEC TABS | 6X28CT | 10/16 | $34.99 | 6 |
| 117302 | CRYSELLE 0.3MG/0.03MG TAB (LO/OVRAL) | 6X28CT | 10/16 | $69.99 | 6 |
| 118688 | YASMIN 3MG (OCELLA) | 3X28CT | 10/16 | $89.99 | 6 |
| 117730 | APRI 28-DAY TABS (ORTHO-CEPT) | 6X28CT | 10/16 | $49.99 | 6 |
| 115667 | ENALAPRIL 20MG TABS | 1000CT | 05/17 | $199.99 | 6 |
| 134178 | PREVPAC (LANSO/AMOX/CLARIT) | 112XT | 05/17 | $344.99 | 6 |
| 131273 | CLOMIPRAMINE 50MG CAPS | 100CT | 09/16 | $649.99 | 1 |

If you no longer want to receive faxes from Global Pharmaceutical Wholesale and want your name removed from the distribution list, please call 855.436.1078. Alternatively, you can fax this ☐ document to 888.810.3158 and check the box to opt out of receiving faxes. PLEASE INCLUDED FAX NUMBER TO