# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Camp Drug Store, Inc. ) | |
| Plaintiff(s) ) | |
| v. ) | Case Number:  3:16-cv-00483-SMY-PMF |
| Global LLC ) | |
| Defendant(s) ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Defendant Global LLC.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Michigan. The state and federal bar numbers issued to me are: P32255.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 8/9/16
Date

Signature of Movant

Thomas Manganello
Printed Name

2000 Town Center, Suite 2700
Street Address

Southfield, MI 48075-1318
City, State, Zip

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2016 I filed the foregoing Motion for Pro Hac Vice Admission using the Electronic Court Filing system for the Southern District of Illinois, which will send notification of such filing to all attorneys of record.

Dated: August 12, 2016

By: /s/ Thomas Manganello
Thomas Manganello (*admission pending*)
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075
248-784-5000
tmanganello@wnj.com